
246 WEST BROADWAY  
NEW YORK NY 10013

TELEPHONE (212) 660-0909  
FACSIMILE (212) 656-1828

November 9, 2016

<u>Via First Class Mail and ECF</u>  
Hon. J. Paul Oetken, U.S.D.J.  
Thurgood Marshall  
United States Courthouse  
40 Foley Square  
New York, NY 10007

    **RE:**    Gleissner v. Turk Hava Yollari Anonim Ortakligi  
    **Index No.:**    1:16-cv-8287(JPO)

Dear Judge Oetken:

    I am the attorney of record for the Plaintiff, Michael Gleissner, in the above-captioned matter. On November 4, 2016, this Court issued an Order, scheduling the initial pretrial conference on November 17, 2016 at 10:45 a.m. Pursuant to Paragraph 3(c) of Your Honor's Individual Practices in Civil Cases, I respectfully request an adjournment of the aforementioned conference.

    Beginning on November 12, 2016, I will be out of the country for work for a period of two to three weeks. As such, I envision being back in New York on December 5, 2016, at the latest. On November 7, 2016, I conferred with counsel for Defendant, Sarah G. Passeri, and procured her consent to the adjournment. Ms. Passeri is also available on either December 6th, 7th, 8th or 9th. Accordingly, I also respectfully request that the deadline for the parties to submit a jointly prepared Civil Case Management Plan and Scheduling Order be extended to at least three business days prior to the new date of the conference.

    This is Plaintiff's first request for an adjournment.

                       Respectfully submitted,

                       Roman A. Popov, Esq. (RP7625)  
                       *Attorneys for Plaintiff*  
                       Michael Gleissner  
                       246 West Broadway, 4th Floor  
                       New York, NY 10013  
                       (212) 796-4309  
                       rp@morton.law

cc: Sarah G. Passeri, Esq. (via ECF)