
Morton & Associates LLP | 246 West Broadway | New York, NY 10013

**Morton & Associates LLP**
246 West Broadway
New York, NY 10013

**Roman A. Popov, Esq.**
rp@moas.com

Office (212) 666-5000
Direct (212) 796-4309
Fax (212) 656-1828

Hon. J. Paul Oetken, U.S.D.J.
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

June 14, 2017

**RE:** Gleissner v. Turk Hava Yollari
**Index No.:** 1:16-cv-8287(JPO)

Dear Judge Oetken:

    I am counsel for Plaintiff, Michael Gleissner, in the above-referenced matter. On December 7, 2016, counsel for Defendant and myself appeared before you for an Initial Pretrial Conference. During the conference, Your Honor raised doubts about this Court having subject matter jurisdiction over the instant action, due to the fact that both Mr. Gleissner and Defendant are considered foreign aliens for purposes of diversity jurisdiction.

    Your Honor ordered Defendant to submit, on or before December 23, 2016, a letter motion illustrating that this Court has subject matter jurisdiction over the instant action. Otherwise, the suit would be remanded to State Court. Defendant submitted its letter motion on December 21, 2016 (Docket Entry #15). To this date, Plaintiff has been awaiting the Court's decision on the issue of subject matter jurisdiction.

    On June 5, 2017, Defendant filed a Motion for Summary Judgment dismissing the complaint. As Plaintiff is still unclear as to whether the instant action will remain in this Court or be remanded to State Court, it is respectfully requested that Plaintiff's time to respond to the motion be tolled, and the return date of the summary judgment motion be adjourned until Your Honor makes a determination regarding this Court's subject matter jurisdiction.

    This is Plaintiff's second request for an adjournment. Plaintiff previously requested an adjournment of the Initial Pretrial Conference as the date conflicted with Plaintiff's counsel's travel plans.

Sincerely,

**Roman A. Popov, Esq.**

cc: Sarah G. Passeri, Esq. (via ECF)